IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARLOS M. BURROWS**, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | )   Civil No. **06-156-GPM** |
| | ) |
| **SARAH REVEL,** | ) |
| | ) |
| Respondent. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court are multiple related motions filed by petitioner:

1. Petitioner's Motion for Summary Judgment **(Doc. 9)**;

2. Petitioner's Motion to Strike and Late Answer **(Doc. 10)**;

3. Petitioner's Motion for Entry of Default **(Doc. 11)**;

4. Petitioner's Motion for an Extension fo Time to File a Reply to Respondent's Response, or Motion to Stay **(Doc. 15)**; and

5. Petitioner's Motion for an Investigation **(Doc. 16)**.

Apparently, all of the aforementioned motions stem from petitioner never having received a copy of respondent's response to the petition for writ of habeas corpus **(Doc. 8)**. The response was filed June 12, 2006, and it contains a certificate of service reflecting that a copy was sent to petitioner.

Obviously, because respondent filed a timely response as ordered by the Court,

1

petitioner's Motion to Strike and Late Answer **(Doc. 10)** and Motion for Entry of Default **(Doc. 11)** are moot. Similarly, because petitioner's Motion for Summary Judgment **(Doc. 9)** is premised upon no response having been filed, that motion is also moot.

The Court finds no cause to investigate why petitioner did not receive a copy of the response **(Doc. 8)**, particularly when respondent has submitted a certificate of service. There is nothing to even remotely suggest any wrongdoing by respondent. Therefore, petitioner's Motion for an Investigation **(Doc. 16)** is denied. In any event, the Court will now forward a copy of the response **(Doc. 8)** to petitioner and allow him an opportunity to file a reply. Accordingly, petitioner's Motion to Stay **(Doc. 15)** is in effect granted, in that the Court will await the allotted period of time to receive petitioner's reply before ruling on respondent's arguments for dismissal of the petition for writ of habeas corpus.

**IT IS THEREFORE ORDERED** that:

1. Petitioner's Motion for Summary Judgment **(Doc. 9)** is **DENIED AS MOOT**;

2. Petitioner's Motion to Strike and Late Answer **(Doc. 10)** is **DENIED AS MOOT**;

3. Petitioner's Motion for Entry of Default **(Doc. 11)** is **DENIED AS MOOT**;

4. Petitioner's Motion for an Extension fo Time to File a Reply to Respondent's Response, or Motion to Stay **(Doc. 15) is GRANTED,** in that petitioner shall have until **August 20, 2007**, to file a reply to respondent's response **(Doc. 8)**; and

5. Petitioner's Motion for an Investigation **(Doc. 16) IS DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward a copy of respondent's response **(Doc. 8)** to petitioner, along with a copy of this order.

**IT IS SO ORDERED.**

**DATED: August 1, 2007**

                                            **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **U. S. MAGISTRATE JUDGE**